N05101503

FILED

Oct 15  9 54 AM '03

U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT N. CONN.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER STUART, AS EXECUTOR<br>OF THE ESTATE OF HOWARD J.<br>PHILLIPS<br>       Plaintiff<br>VS.<br><br>UTOPIA HOME CARE, INC.<br>       Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 3:02CV1773(PCD)<br><br><br><br><br>OCTOBER 14, 2003 |

### NOTICE OF SERVICE AND COMPLIANCE WITH SECTION A OF THE TRIAL PREPARATION ORDER DATED SEPTEMBER 22, 2003

In accordance with the listed Order and the applicable Federal Rules, the Plaintiff, PETER STUART, EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS, hereby gives notice that he has served the Defendant, Utopia Home Care, Inc., with the items listed in association with Section A of the September 22, 2003 District Court Order.

            Respectfully submitted,
            Plaintiff,
            **PETER STUART, AS EXECUTOR OF THE**
            **ESTATE OF HOWARD J. PHILLIPS**

            By _/s/ Thomas F. Collier_
              **THOMAS F. COLLIER**, ct24265  (JBC)
            O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
            475 Bridge Street
            P.O. Drawer 929
            Groton, CT 06340
            (860) 445-2463
            His Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Service has been mailed postage prepaid this 14th day of October, 2003 to all counsel and pro se parties of record in accordance with the Practice Book as follows:

Edward N. Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
Fed. Bar No. 07355

*Thomas F. Collier* (JBC)
THOMAS F. COLLIER

-2-

PHI340:3
h:\litsec\phillips\utopia\notserv.doc/jbc
10/14/03/tfc

FILED

Oct 15  9 54 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER STUART, AS EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS<br>    Plaintiff<br>VS.<br><br>UTOPIA HOME CARE, INC.<br>    Defendant | CIVIL ACTION NO: 3:02CV1773(PCD)<br><br><br><br>OCTOBER 14, 2003 |

**NOTICE OF COMPLIANCE WITH SECTION A OF THE
TRIAL PREPARATION ORDER DATED SEPTEMBER 22, 2003**

In accordance with the Standing Order Regarding Trial Memoranda, the Plaintiff, PETER STUART, EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS, provides the Defendant with the following information:

1. **CLAIMS OF FACT PROPOSED FOR STIPULATION AS UNDISPUTED**

    a. That on or about October 12, 1998, Howard J. Phillips entered into a contractual relationship with Utopia Home Care, Inc. to provide home health services to Mr. Phillips in his residence at 18 Tower Lane, New Haven, CT.

    b. Utopia began providing services on or about May 15, 1999 until the date of Mr. Phillips' death, April 4, 2002.

    c. On or about October, 1999, Utopia employee Hannah Forsythe began providing care to Mr. Phillips.

    d.    Hannah Forsythe was under the supervision of her employer, Utopia Home Care, Inc.

    e.    Mr. Phillips was 69 years old, partially paralyzed and in poor general health at the time of the service with Utopia.

2. **PROPOSED FINDINGS OF FACT**

    a.    The Utopia employee, Hannah Forsythe exercised undue influence and control over the elderly and infirm Howard J. Phillips which resulted in numerous checks being signed to the benefit of Hannah Forsythe under the pretext of a gift, as is evidenced by numerous bank checks.

    b.    The Utopia employee, Hannah Forsythe forged numerous checks for her own benefit as is evidenced by the check copies and statements available.

    c.    The Utopia employee, Hanna Forsythe misappropriated over $65,548.85 in funds from Howard J. Phillips, as has been determined by the Executor of the Estate of Howard J. Phillips.

3. **CLAIMS OF LAW**

    a.    Utopia Home Care, Inc. was negligent in supervision of its own employee, Hannah Forsythe.

    b.    Utopia Home Care, Inc. was negligent in its failure to train Hannah Forsythe and

-2-

PHI340:3
h:\litsec\phillips\utopia\notcompl.doc/jbc
10/14/03/tfc

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. DRAWER 929 • GROTON, CONNECTICUT 06340 • 860-445-2463 • FAX: 860-445-4539 • JURIS NUMBER 43695

in informing her of her fiduciary duty while caring for Mr. Howard J. Phillips.

c.  Utopia Home Care, Inc. was negligent in preventing criminal acts on the part of its employee due to its failure to monitor the employee and its failure to communicate with the client, Howard Phillips.

4. **PROPOSED EXHIBITS**

a.  Original checks from the checking account of Howard J. Phillips.

b.  Contract between Utopia Home Care, Inc. and Howard J. Phillips.

c.  Deposition of management from Utopia Home Care, Inc. and other employees of Utopia Home Care, Inc. (Depositions are expected to be finalized in the next 45 days.)

5. **LIST OF WITNESSES**

a.  Handwriting expert (to be determined);

b.  Wayne Jordan, friend of Howard J. Phillips;

c.  Utopia home care providers.

6. **DESCRIPTION OF PROPOSED EVIDENCE**

a.  Numerous checks of suspicious nature with inconsistent signatures purported to

-3-

PHI340:3
h:\litsec\phillips\utopia\notcompl.doc/jbc
10/14/03/tfc

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. DRAWER 929 • GROTON, CONNECTICUT 06340 • 860-445-2463 • FAX: 860-445-4539 • JURIS NUMBER 43695

be "H. J. Phillips", endorsed by Utopia employee Hannah Forsythe.

Respectfully submitted,
Plaintiff,
**PETER STUART, AS EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS**

By *Thomas F. Collier* (JBC)
   **THOMAS F. COLLIER**, ct24265
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
475 Bridge Street
P.O. Drawer 929
Groton, CT 06340
(860) 445-2463
His Attorneys

-4-

PHI340:3
h:\litsec\phillips\utopia\notcompl.doc/jbc
10/14/03/tfc

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. DRAWER 929 • GROTON, CONNECTICUT 06340 • 860-445-2463 • FAX: 860-445-4539 • JURIS NUMBER 43695

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Service has been mailed postage prepaid this 14th day of October, 2003 to all counsel and pro se parties of record in accordance with the Practice Book as follows:

Edward N. Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901
Fed. Bar No. 07355

Thomas F. Collier (JBC)
THOMAS F. COLLIER

-5-

PHI340:3
h:\litsec\phillips\utopia\notcompl.doc/jbc
10/14/03/tfc

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. DRAWER 929 • GROTON, CONNECTICUT 06340 • 860-445-2463 • FAX: 860-445-4539 • JURIS NUMBER 43695