```
                                              FILED
                                         Oct 23  3 09 PM '03
                                         U.S DISTRICT COURT
                                          NEW HAVEN, CONN.
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART, PETER, AS EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS, | : CASE NO. 3:02CV1773 (PCD) |
| Plaintiff | : |
| VS. | : |
| UTOPIA HOME CARE, INC., | : |
| Defendant | : OCTOBER 21, 2003 |

### NOTICE OF SERVICE OF COMPLIANCE
### WITH SECTION A OF THE TRIAL PREPARATION ORDER

In accordance with the listed Order and the applicable Federal Rules, the Defendant, UTOPIA HOME CARE, INC., hereby gives notice that it has served the Plaintiff, Peter Stuart, Executor of the Estate of Howard J. Phillips, with Compliance with Section A of the Trial Preparation Order.

                                                Respectfully submitted,
                                                Defendant
                                                **UTOPIA HOME CARE, INC.**

Dated: 10-21-03                        By: _____
                                                **EDWARD N. LERNER**, ct07355
                                                Lerner & Guarino, LLC
                                                112 Prospect Street
                                                Stamford, CT 06901
                                                (203) 316-8122
                                                Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Service has been mailed, postage prepaid this 21st day of October, 2003 to all counsel of record:

Thomas F. Collier, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
475 Bridge Street
Post Office Drawer 929
Groton, CT  06340

_____
Edward N. Lerner