UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART, PETER, AS EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS, | : CASE NO. 3:02CV1773 (PCD) |
| Plaintiff | : |
| VS. | : |
| UTOPIA HOME CARE, INC., | : |
| Defendant | : OCTOBER 24, 2003 |

### MOTION FOR CONTINUANCE OF TRIAL

The Defendant, UTOPIA HOME CARE, INC., respectfully requests that the Court grant a continuance until January 12, 2004 for the commencement of trial in the above-captioned matter, for the reason that the insurance carrier for the Defendant, has only this date agreed to have an attorney enter an Appearance in this matter and this greatly increases the possibility of settlement.

The Plaintiff joins in this request but for logistical reasons is unable to sign the Motion this date. In addition, significant time was lost during a court facilitated mediation process and the parties were made to understand that additional time would be given to them, based upon their willingness

to participate in the mediation process. At this time, the parties do not anticipate requiring another continuance.

                          Respectfully submitted,
                          Defendant
                          **UTOPIA HOME CARE, INC.**

By: _____
                          **EDWARD N. LERNER**, ct07355
                          Lerner & Guarino, LLC
                          112 Prospect Street
                          Stamford, CT 06901
                          (203) 316-8122
                          Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Continuance of Trial has been mailed, postage prepaid, this 24th day of October, 2003 to all counsel of record:

Thomas F. Collier, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
475 Bridge Street
Post Office Drawer 929
Groton, CT 06340

_____
Edward N. Lerner

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART, PETER, AS EXECUTOR OF THE ESTATE OF HOWARD J. PHILLIPS, | : CASE NO. 3:02CV1773 (PCD) |
| Plaintiff | : |
| VS. | : |
| UTOPIA HOME CARE, INC., | : |
| Defendant | : OCTOBER 24, 2003 |

## ORDER

The foregoing Motion having been presented to this Court and it appearing that the same should be granted, it is hereby GRANTED / DENIED.

_____
JUDGE