10/31/03 DENIED. If settlement is deemed appropriate by the parties, they can proceed to accomplish same forthwith. The case is a year old and waiting until the last minute/when trial is to be assigned does not excuse the obligation to process cases promptly.    SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STUART, PETER, AS EXECUTOR OF THE : CASE NO. 3:02CV1773 (PCD)
ESTATE OF HOWARD J. PHILLIPS,
:
                Plaintiff :

VS. :

UTOPIA HOME CARE, INC., :
:
                Defendant : OCTOBER 24, 2003

**MOTION FOR CONTINUANCE OF TRIAL**

The Defendant, UTOPIA HOME CARE, INC., respectfully requests that the Court grant a continuance until January 12, 2004 for the commencement of trial in the above-captioned matter, for the reason that the insurance carrier for the Defendant, has only this date agreed to have an attorney enter an Appearance in this matter and this greatly increases the possibility of settlement.

The Plaintiff joins in this request but for logistical reasons is unable to sign the Motion this date. In addition, significant time was lost during a court facilitated mediation process and the parties were made to understand that additional time would be given to them, based upon their willingness