CR(cvnlhrg (January 10, 2002)

**HONORABLE** PCD

DEPUTY CLERK P. Villano   RPTR/ERO TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 11/4/03   START TIME 3:45p   END TIME 3:50
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Stuart                    CIVIL NO. 3:02cv1773        Thomas Collier
                                                      Frank Eppinger
                                §                     Plaintiffs Counsel
        vs.                     §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
Utopia Home Care                §    Sandra Baker
                                §                     Defendants Counsel
                                                      Edward Lerner

### COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☑ .... Case settled
☐ ....
☐ ....
☑ .... Stipulation to be sealed
☑ .... Proceeding under seal to remain Confidentiality

Hearing continued until _____ at _____