*appear*

United States District Court
District of Connecticut
FILED AT          NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Nov 4 2003
Kevin F. Rowe, Clerk

By P. A. Villano
Deputy Clerk

| | |
|---|---|
| Peter Stuart, as Executor of the Estate of Howard J. Phillips      Plaintiff, v. Utopia Home Care, Inc.      Defendant. | **APPEARANCE** CASE NUMBER: 302CV1773 (PCD) |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**     Utopia Home Care, Inc.

                                                                                     Defendant.

_____                _____

November 3, 2003
**Date**

Signature

Ct14546
**Connecticut Federal Bar Number**

Sandra R. Baker
**Print Clearly or Type Name**

(860) 249-9121
**Telephone Number**

Regnier, Taylor, Curran & Eddy
CityPlace, 28th Floor, Hartford, CT 06103
**Address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas F. Collier, Esq.
Federal Bar No. ct416931
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
475 Bridge Street
P.O. Drawer 929
Groton, CT 06340

Edward N. Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT 06901

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96