FILED

2003 NOV -4 P 4: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART, PETER, AS EXECUTER OF THE ESTATE OF HOWARD J. PHILLIPS, | CASE NO.3:02CV1773 (PCD) |
| Plaintiff | |
| VS. | |
| UTOPIA HOME CARE, INC., | |
| Defendant | NOVEMBER 3, 2003 |

## MOTION FOR CONTINUANCE OF TRIAL

The Defendant, UTOPIA HOME CARE INC., respectfully requests that the court grant a continuance until February 10, 2004 for the commencement of trial in the above captioned matter, for the reason that the undersigned counsel has just on this date entered an appearance on behalf of the tenant. This new appearance is based upon an Amended Complaint that was allowed in June of 2003 and filed sometime thereafter.

It is the undersigned understanding that the plaintiff and co-defense counsel, Attorney Lerner, both join in this request. The undersigned does not have complete file contents at this point in time. Further, the undersigned has had no opportunity to conduct any discovery into the matters at the heart

REGNIER, TAYLOR, CURRAN & EDDY • ATTORNEYS AT LAW • CITYPLACE • HARTFORD, CONNECTICUT 06103-3402 • (860) 249-9121

of the Amended Complaint. At this time, the parties do not anticipate requiring a further continuance.

Respectfully submitted,
Defendant
**UTOPIA HOME CARE, INC.**

By:
**SANDRA R. BAKER**, ct14546
Regnier, Taylor, Curran & Eddy
CityPlace 1, 28th Floor
Hartford, CT 06103
(860) 249-9121

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Continuance of Trial has been mailed, postage prepaid, this 3rd day of November, 2003 to all counsel of record:

Thomas F. Collier, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
475 Bridge Street
Post Office Drawer 929
Groton, CT  06340

Edward N. Lerner, Esq.
Lerner & Guarino, LLC
112 Prospect Street
Stamford, CT  06901

Sandra Rachel Baker