CTtvmhrg (January 10, 2002)

HONORABLE __PCD__
DEPUTY CLERK P. Villano  RPTR/ERO TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 11/4/03  START TIME 3:45p  END TIME 3:50
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Stuart

CIVIL NO. 3:02CV1773

Thomas Collier
Frank Eppinger
Plaintiffs Counsel

vs.

Utopia Home Care

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Sandra Baker
Defendants Counsel
Edward Lerner

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☑ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| | Oral Motion | granted | denied | advisement |
| | Oral Motion | granted | denied | advisement |
| | Oral Motion | granted | denied | advisement |
| | Oral Motion | granted | denied | advisement |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☑ Case settled
☑ Stipulation to be sealed
☑ Proceeding under seal to remain confidentiality

Hearing continued until _____ at _____